March 29, 2013

United States District for the District of Columbia
The Honorable Robert L. Wilkins
333 Constitution Ave, N.W.
Washington D.C. 20001

13 - CR - 59

Leave to file GRANTED
Amy B. Jackson                    Date
United States District Judge
FILED
APR 2 5 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Wilkins,

I, Jawana Gauthier Walker am writing you on behalf of my cousin Sandi Stevens Jackson. She has pleaded guilty for one count of tax evasion. I'm asking you to please consider her two young children. They, most of all have been greatly affected by the thought that they may be without their mother and father.

I, as adult, and our whole family have been affected emotionally and mentally by these recent developments. My cousin is one of the most well respected relatives in our family. She has a heart of gold. She is so compassionate, giving, and loving. She has inspired me to be a better individual and mother and has truly been someone I could look up to.

My cousin Sandi has made so many accomplishments in her life. Her credentials are numerous and too many to highlight. She has been involved in many community and charitable events for her division while serving as Alderman in Chicago for several years.

I am aware that she has admitted to making this mistake. But that alone has caused a great deal of pain, emotionally, financially, and physically for her and her children. It just saddens me to see her go through all of this.

Judge Wilkins, I'm asking you to please consider a lighter sentence of probation so she can be with her kids who needs her the most. A higher sentence would just be so devastating for her and our entire family. I am a mother myself of two young girls, one who have autism. I could not even imagine being without them. Know parent would want to be without their kids for any amount of time. Especially during these young years since they are so vulnerable. A sentence of any jail time would have a long lasting affect on her children's mental state and development. So, once again I ask that you please consider probation and no jail time since this is her first offense. Thank you for taking time out to read my letter.

Sincerely,

Jawana Gauthier Walker

To the honorable __ L. Wilkins
13-CR-0059

FILED
APR 25 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Leave to file GRANTED
_____ 4/25/13
Amy B. Jackson        Date
United States District Judge

I am writing on behalf of Sandi Jackson. She is my cousin and one of my closest friends. Sandi inspired me to go to college. It is because of her I graduated with a bachelors of arts in criminal justice and I hoping to futher on to law school. Sandi is such an inspirational and influential person to our family. Sandi has always been so low-key and such a humble person. She is very well needed to our family and I hope this letter reflects that. Thanks for your time.

Diamond Cawthon

Gregory A Ritter

P.O. Box 8484

Chicago, IL 60680

March 23, 2013

Leave to file GRANTED

Amy B. Jackson                    Date
United States District Judge

Hon. Royce C Lamberth

333 Constitutional Ave, NW

Washington, DC 20001

Hon. Robert L Wilkins

333 Constitutional Ave, NW

Washington, DC 20001

FILED

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sandy Jackson                              Illinois Residents

13-CR-0059

I read in our local newspapers facts concerning the Jackson debacle and the crimes that the Jackson's are guilty of.

I read that Judge Wilkins, informed the lawyers in this case that he knew the Defendants. The attorneys' refused to recuse Judge Wilkins'

The Jacksons used $750,000 in campaign funds to purchase a lifestyle and have a residual inventory of the items bought worth $63,000. A foolish spending spree of over three quarters of a million dollars, while accepting payment for being public servants.

The Federal prosecutors don't believe it was important to sell the merchandise to recoup the value

People and Business' fund political parties and candidates to further political ambitions and ideals that people in a free democracy cherish.

Jesse Jackson Jr, claims to have various mental incapacitating events, culminating at a time when his case against him was in climax.

Robert Wilkins, a US judge, was appointed by Barack O'bama, He hails from Indiana, and is black. The Jackson Family lives in Illinois, a neighboring state of Indiana.

Jesse Jackson Sr, repeatedly preached about taking responsibility for the illegitimate children, yet has left a California family without support until Jesse Jackson Sr, was found guilty of fathering the children.

Page 1

Page 2:

The family of Jesse Jackson Sr, has made their living off the revolutionary idea; that the black people are vulnerable to the spite of all other peoples. Jesse Jackson Sr, has accepted funds from Yumyum brands. Soft drink corporations and the like. Jesse Jackson Sr has used self promotion and international grandstanding to popularize himself, and cash in, while posing as an innocent protestor.

Jesse Jackson JR will be getting less time than drug dealers for selling a few ounces of marijuana.

Sandy Jackson worked hard to alter tax records and plead guilty to this fraud.

The amounts involved in the spending spree are over $5,000. Actually they are over $750,000.

Robert Wilkins, should have recused himself, as a matter of honesty. A new judge should be appointed for the sentencing phase.

Jesse Jackson Jr and Sandy Jackson, should be made to pay restitution to all contributors, for the total amount of the donation. Even by liquidation. Deception is the appropriate criminal violation.

Jesse Jackson Sr, should be investigated for prior involvement with his son and his daughter in law, and their internal transactions.

These crimes are the worst of all; murder would be a lighter crime, as these defendants have used the political hopes and dreams of the constituents as a blank check for deceit. The crimes of this magnitude are not like a traffic ticket. These crimes are in the scope of knowledgeable premeditated carelessness and breach of trust. While the act of being a hypocrite is not punishable. The violation of this magnitude has made our democracy shiver. The lack of concern for the law, with the attempting covering up, requiring a savvy criminal, disagrees strongly with the convenient mental destabilizing condition of Jesse Jackson Jr.

The appropriate punishment is far greater than what has been cited.

| | |
|---|---|
| Chief Justice Hon John Roberts | Federal Bureau of Investigation |
| 1 First Street | 935 Pennsylvania Ave, NW |
| Washington, DC  20543 | Washington, DC 20535-0001 |

Submitted:

*[signature]*

Gregory A Ritter, American Citizen



# Martin A. Dettmer, D.D.S., P.C.

general dentistry

**DDS**

February 21, 2013

Leave to file GRANTED

Amy B. Jackson          Date
United States District Judge

US District Judge Robert L. Wilkins
US District Court for Washington DC
333 Constitution Ave. NW
Washington, DC  20001

13-CR-0059

**FILED**

APR 25 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Willkins,

I am writing to voice my outrage and continued disgust with the behavior of many of our elected officials. Behavior such as that exhibited by Rep. Jackson and his wife demonstrates a total disregard for the law and a gross disrespect for his position and his office. Representative Jackson's behavior reminds us once again that elected officials consider themselves above the law and "members" of some elite and privileged "club". Is it any wonder that most elected officials are opposed to term limits?  When rank and position offer the opportunity to lie, steal and cheat without fear of discovery or punishment, it must indeed be difficult to resist. However, **resist they must** and those that fall victim to these temptations must be punished and punished severely. Therefore, I am writing to urge that you apply the full force and limits of law allowed in sentencing Representative Jackson and his wife. It has been suggested that you might show leniency in Representative Jackson's case due to his mental "disease".  I believe that to do so would be akin to allowing an alcoholic to claim that his vehicular manslaughter charge was a result of his "disease". Citizen's everywhere (and especially in Illinois!) are sick and tired of behavior like Representative Jackson's!  A strong message needs to be sent and an example needs to be made!  Please do everything in your power to see that Representative Jackson pays, and pays dearly, for his egregious and repulsive behavior.

Sincerely,

Martin A. Dettmer

531 E. Roosevelt Rd., Ste 100, Wheaton, Illinois 60187 ■ phone: 630 665 5550 ■ fax: 630 665 5554 ■ e-mail: dettmerdds@adamember.net